Magistrate Judge Mary Alice Theiler

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 14 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL TORIBIO-TELLEZ<br><br>Defendant. | NO. MJ17-097<br><br>COMPLAINT for VIOLATION<br>U.S.C. Title 8 Section 1326(a)<br>(Illegal Reentry After Deportation)<br><br>(Felony) |

BEFORE Mary Alice Theiler, United States Magistrate Judge, United States Courthouse, 700 Stewart Street, Seattle, Washington.

## COUNT I

On or about February 17, 2017, at Bellingham, within the Western District of Washington, DANIEL TORIBIO-TELLEZ, an alien, a native and citizen of Mexico, who was previously arrested and deported from the United States on July 2, 2015, at El Paso, Texas, was found after knowingly and voluntarily reentering the United States without the express consent of the Secretary of the Department of Homeland Security.

All in violation of Title 8, United States Code, Section 1326(a).

The undersigned complainant being duly sworn states:

1. I, Carina G. Benito, am a Deportation Officer in the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), assigned to the Office of Enforcement and Removal Operations (ERO) for the Seattle District Field Office in Tukwila, Washington. I am a Deportation Officer of ICE, and its predecessor, the Immigration and Naturalization Service (INS). Part of my duties entail the location and apprehension of foreign nationals in the United States who are or have been engaged in criminal activity.

The following information is based on my investigation, the investigation of other officers and agents of ICE, official records of the United States Citizenship and Immigration Services (hereinafter "CIS"), the United States District Court for the District of Arizona, and the California Superior Court for the County of Santa Barbara (Santa Maria).

2. My investigation has revealed that CIS maintains an alien registration administrative file, commonly referred to as an A-file, 095 671 840, on DANIEL TORIBIO-TELLEZ. A-file 095 671 840 is the official Immigration file maintained by CIS, and is a consolidated repository of known Immigration contacts with DANIEL TORIBIO-TELLEZ, hereinafter "defendant." Documents in the A-file show the defendant is a native and citizen of Mexico.

3. The A-file of the defendant contains certified conviction documents from the records of the United States District Court for District of Arizona. The immigration file of the defendant does not contain the conviction document noted at subparagraph (c) but is noted in a national criminal data base. These records indicate the defendant was convicted of the following offenses:

    a. United States District Court for the District of Arizona, cause number 11-35651M, for the offense of Unlawful Entry, in violation of 8 U.S.C. § 1325(a)(1), sentenced to 75 days on December 27, 2011.

   b. United States District Court for the District of Arizona, cause number 15-20205M, for the offense of Unlawful Entry, in violation of 8 U.S.C. § 1325(a)(1), sentenced to 150 days on January 7, 2015.

   c. California Superior Court for the County of Santa Barbara (Santa Maria), cause number 1353282, for the offense of Driving Under the Influence of Alcohol, in violation of California State Code 42088; Driving While License Suspended, in violation of California State Code 54108; False Identification to Specific Peace Officer, in violation of California State Code 48077, sentenced to 150 days/150 days suspended with three years' probation on April 25, 2011.

  4. Within the A-file of the defendant, there are five executed I-205, Warrant of Removal/Deportations and one I-296, Notice to Alien Ordered Removed/Departure Verification. These documents reflect that the defendant was deported on the following dates and at the following locations:

   a. July 2, 2015, at Paseo del Norte, Texas,

   b. December 9, 2014, at El Paso, Texas,

   c. March 29, 2012, at Brownsville, Texas,

   d. December 17, 2012, at San Ysidro, California,

   e. June 24, 2011, at San Ysidro, California, and

   f. April 11, 2010, at San Luis, Arizona.

The Forms I-205 and I-296 bear the fingerprints and photographs of the defendant as physical proof of his deportations from the United States to Mexico.

  5. On April 10, 2010, the defendant was served with a Notice and Order of Expedited Removal by Border Patrol at Wellton, Arizona. The defendant was deported to Mexico on April 10, 2010. However, he later returned to the United States.

  6. On February 17, 2017, the defendant was located by Deportation Officer (DO) David Kasko at the Whatcom County Jail. The defendant had been booked into

Whatcom County Jail for Driving Under the Influence. DO Kasko initiated record checks through the Central Index System (CIS) which confirmed the defendant has an A-file with multiple deportations and removals to Mexico. Officer Kasko notified DO Justin Berg of the defendant's pending release from Whatcom County Jail. On the afternoon of February 17, 2017, the defendant was released from the Whatcom County Jail and taken into administrative custody by DO J. Berg.

7. On February 17, 2017, the defendant was transported to the Bellingham Border Patrol Station at Ferndale, Washington for processing. DOs Kasko and Berg advised the defendant of his *Miranda* rights via a standard ICE Statement of Rights Form. The defendant indicated he understood his rights and would not answer questions.

8. On February 17, 2017, DO Kasko fingerprinted the defendant at the Bellingham Border Patrol Station at Ferndale, Washington. On March 6, 2017, I electronically submitted the defendant's fingerprints to the FBI via the Integrated Automated Fingerprint Identification System (IAFIS) as a Search with Verification Transaction, which is a request to an FBI fingerprint examiner to confirm a potential match between the defendant and other IAFIS candidates as maintained by the FBI's Criminal Master File. On March 6, 2017, I received confirmation from the FBI the fingerprints I submitted of the defendant were a match with FBI number 513258PB7. This is the same FBI number associated with the defendant's A-file, 095 671 840 and the criminal convictions noted in paragraph three above.

9. I have conducted a complete and thorough review of the defendant's Immigration A-file 095 671 840, which contains no evidence he has ever applied for or received permission to enter the United States.

//
//
//

10.   Based on the foregoing, I have probable cause to believe DANIEL TORIBIO-TELLEZ has reentered the United States knowingly and voluntarily without the express consent of the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

*[signature]*
Carina G. Benito, Complainant
ICE Deportation Officer

Reviewed by AUSA Don Reno *[signature]*

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence this March 14, 2017, the Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge